Case 9:19-cr-00037-RC-KFG Document 4 Filed 10/02/19 Page 1 of 2 PageID #: 6

United States Courts
Southern District of Texas
FILED
October 07, 2019
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 4:19mj1880 |
| v. | § | CRIM. NO. 9:19-CR-37 |
| | § | Hon. Judge Clark-Giblin |
| ISMAEL MERINO MACHUCA | § | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT - 2 2019

BY
DEPUTY_____

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. § 1326(a) (Unlawful Reentry by Removed/Deported Alien)

On or about February 22, 2015, **Ismael Merino Machuca**, defendant, an alien who had previously been deported or removed from the United States to Mexico on or about October 20, 2009, was found in the Eastern District of Texas, said defendant not having received the express consent of the Attorney General and the Secretary of Homeland Security, the successor, pursuant to United States Code, Title 6, for re-application for admission to the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
RANDALL L. FLUKE
ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 9:19-CR-37 |
| | § | Hon. Judge_____ |
| ISMAEL MERINO MACHUCA | § | |

## NOTICE OF PENALTY

### Count One

Violation: Title 8, United States Code, Section 1326(a) [and (b)(1) and (b)(2), if applicable].

Penalty: Not more than two (2) years imprisonment, a fine not to exceed $250,000.00 or twice the pecuniary gain to the defendant or loss to the victim, or both; and supervised release of not more than one (1) year. *See* 8 U.S.C. § 1326(a).

If the defendant's removal (deportation) was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both; or a felony (other than an aggravated felony) - not more than ten (10) years imprisonment, a fine not to exceed $250,000.00 or twice the pecuniary gain to the defendant or loss to the victim, or both; and, supervised release of not more than three (3) years. *See* 8 U.S.C. §§ 1326(a) and (b)(1).

If the defendant's removal (deportation) was subsequent to a conviction for commission of an aggravated felony - not more than twenty (20) years imprisonment, a fine not to exceed $250,000.00 or twice the pecuniary gain to the defendant or loss to the victim, or both; and, supervised release of not more than three (3) years. *See* 8 U.S.C. §§ 1326(a) and (b)(2).

Special Assessment: $100.00

JC
01721-579

9755038

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

United States of America
v.
Ismael Merino Machuca
TDCJ Huntsville
815 12th Street
Huntsville, Texas 77348

Case No. 9:19cr37

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ismael Merino Machuca ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a) (Unlawful Reentry by Removed/Deported Alien)

Date: 10/03/2019

*David A. O'Toole*
Issuing officer's signature

City and state: Lufkin, TX

David A. O'Toole, Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

Arresting officer's signature

Printed name and title